UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EFFERTZ,<br><br>         Plaintiff,<br><br>v.<br><br>OASIS OUTSOURCING, INC.,<br><br>         Defendant. | Case No.: 18cv2536-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a notice of dismissal without prejudice, representing that the parties had agreed to arbitrate their dispute. Defendant has not answered or otherwise appeared. The motion to dismiss is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. Although the notice mentions an agreement, the Court does not retain jurisdiction to interpret or enforce it.

**IT IS SO ORDERED**.

Dated: April 16, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge